### In re WILLIAM SCHLUDERBERG & SON.

(Court of Appeals of District of Columbia.   Submitted November 17, 1920.
Decided December 6, 1920.)

No. 1361.

Trade-marks and trade-names ⬤⟞43—Registration of trade-mark refused because of existing similar mark for similar goods.

An application to register the word "Highland" as a trade-mark for ham, corned beef, and cooked shoulders was properly refused, where another had registered as a trade-mark in connection with the sale of canned meats the representation of a Highlander and the words "Highland Brand," since it is obvious that confusion would be likely to result.

Appeal from a Decision of the Commissioner of Patents.

In the matter of the application of William Schluderberg & Son for registration of a trade-mark. From a decision of the Patent Office, refusing registration, applicant appeals. Affirmed.

John A. Saul, of Washington, D. C., for appellant.
T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

ROBB, Associate Justice.   Appeal from a decision of the Patent Office refusing to register the word "Highland" as a trade-mark for ham, corned beef, and cooked shoulders.

It appearing that Matthews & Co. have registered and long used, as a trade-mark in connection with the sale of canned meats, the representation of a Highlander and the words "Highland Brand," the decision must be affirmed, for it is obvious that confusion would be likely to result, should registration be accorded appellant's mark.

Affirmed.